UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                            17-CR-218-V

SHANE AURAND,

                      Defendant.

# FINAL ORDER OF FORFEITURE

**WHEREAS** on April 13, 2018, the Court entered a Preliminary Order of Forfeiture based upon the Plea Agreement of the defendant, SHANE AURAND, whereby the defendant agreed to forfeit the following property, pursuant to 18 U.S.C. §§2253(a)(1) and (a)(3):

    a. One (1) LG cellphone, model no. LGL62VL, bearing electronic serial no. 801A802D,

**AND WHEREAS** the government published on an official government website (www.forfeiture.gov) notice of the forfeiture and of the government's intent to dispose of the aforementioned assets in accordance with the law and as specified in the preliminary order of forfeiture;

**AND WHEREAS** no third parties filed claims to the assets and the time to do so has expired, pursuant to Fed. R. Crim. P. 32.2(c)(1)(2); it is therefore

**ORDERED, ADJUDGED, AND DECREED** that the aforementioned property is forfeited to the United States, pursuant to 18 U.S.C. §§2253(a)(1) and (a)(3),

incorporating all the relevant terms and conditions of the preliminary order of forfeiture; and it is further

**ORDERED, ADJUDGED, AND DECREED,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this final order of forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under Federal Rule of Criminal Procedure 32.2(e).

**SO ORDERED.**

DATED:   October 22, 2018
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE