UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

17-CR-218-V

v.

SHANE AURAND,

DEFENDANT.

SENTENCING LETTER

To whom it may concern,

I have known Shane Aurand for over 4 years now. He is a very cheerful and hardworking person.

It's hard to believe the trouble he's gotten himself into.

I do believe he should be punished for his actions. I also believe he is very sorry and regrets what he has done.

I also think he deserves a fair punishment and a second chance.

If you were to take the time to get to know Shane. You would learn he's Just a kid who didn't realize the seriousness of his actions.

With that being said. Please take it easy on the kid. He's Just young and not to intelligent.

Sincerely,
Shane Nehall

8-1-17

On behalf of Shane Aveaud is a nice young man. Knowing him for years I don't feel he deserves going to jail for what he is in the newspaper for. Shane has always worked to take care of his child and mother. Shane has always given a hand to help out, especially disabled and handicap. He's help me around my house many times. Shane has had to grow up, get a job, place to live for his new family but is still very young and new to alot happening in his life. So please take my thoughts into consideration.

Linda L. Mohawk
B&B Bush Rd.
Gowanda NY 14070

I'm sorry for what I have done and I Regret everything. I Realize now my actions have hurt everyone around me and there family. I Pray that I can be forgiven and be able to get the help I need to be able to Return to society a normal Person. I want and need to be able to get my family back, See my daughter and be the Parent she needs and not just another deadbeat Dad in Prison or Jail most her life. My dad nor my mom was ever around so I know how it felt not feeling a Parents love but I dont blame them for anything they had there reasons and issues for what they did just like I have my own. I take full responsibility for my actions and I will not let other people suffer from them. I hate myself for letting it get this far and not think about it before it happened. I hope my actions dont stay with the victim and be traumatized by them and be able to still live a normal childhood. My actions were uncalled for and a very bad decision that affected everyone around me. I wish every day I could take it all back and never do something so stupid. I will do everything in my power to show that I can get better and get the help I need. I hope and pray the family can still have a normal life

and be able to leave this in the past and be able to move on and be able to get better in time. I'm not really that great at writing things like this it is the first time and definitely the last time I have ever done something so stupid but I'm letting my heart out into this. Again I am so very sorry to the family of the victim and the ~~family~~ victim themself I wish it never happened and I'll pray for their family and take all the pain and suffering of all them from my actions and hold it for the rest of my life. Thank you for listening I hope one day I can redeem myself and be a better person in time.

Shane ~~attand~~

To Whom it my Concern,

My name is Heather Battaglia I am Shane's mom I just want to say to the courts that I understand how bad this is for Shane but I would think with his age him just turning 20 years old and how he hasent been in any trouble befor that he should get help not just put in jail and for goten. He has a family and a baby girl that want to see him doing good and getting the help he needs. Shane has had a hard life and I just want to say a lot of it had to do with me and my drug problum. I am now sober it has been 2 years. I just stared to fix my relashonship with Shane and then all of this happend. I would verry much like to have him home so we can keep working on it. I under-stand he does need to have some kind of punishment but years and no kind of help in the jail's I dont feel would help in anyway. I love Shane with all my heart he is my son and no one could understand how I feel unless thay have walked in my shoues to finely have my son and no a grandaughter back in my life. So I am please asking to try to help Shane by not putting him in jail for years but maybe trying to find away to get him help.

Thank you for taking the time
to here what I had to say!
and Please let's try to find him
help not just lock a 20 year old
up in the jail that will not help
in anyway. ~~it the~~

Thank you,

Heather
Battaglia

To Whom it may Concern (Judge)

My name is Jacquelyn Matteucci. I am a retired nurse & great-grandmother of Shane Aurand. I would like you to know a little bit about Shane. He grew up in an environment far from normal. His mother (my granddaughter) became a drug user shortly after Shane was born, so most of his early years were very unstable. He was sent to live with his dad in the state of Washington, while there, things were not good for him there either. He was molested by a member of his dads family, so after a time, he was brought back here & left with his grandmother to continue his upbringing. By this time, Shane began acting up & refusing to go to school, thus ending up at the Randolf Academy for troubled children. It took some time & he finally settled down a bit.

Since then, I have seen Shane come a long way, starting to get his life back together, he got a job & met a girl (who also had a tough upbringing.) He became a father & was finally getting what he wanted — a family. Everything seemed to be going well for him, his mom (now a recovered addict for 2 yrs) was also now a part of his life.

Until that day that shocked us all when he was arrested. I truely believe he did not realize how serious of a thing he did. He is so ashamed.

I hope Judge, that if you possibly take all of this into consideration for Shane. I know all he wants now is to be a responsible →

person & raise his daughter who he misses terribly. I know all he needs is a second chance.

I know you have surely heard all this a thousand times over, but, please, a second chance is all he needs to pick up his life, raise his daughter & become a responsible citizen. I know this was an awakening for him.

Thank you for listening.

Sincerely,

J. Matteucci