Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Western District of New York

Caption:

THE UNITED STATES OF AMERICA
_____v.

SHANE AURAND

Docket No.: 17-cr-218

Lawrence J. Vilardo
(District Court Judge)

Notice is hereby given that __Shane Aurand__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other: __Sentence__ (specify)

entered in this action on __October 23, 2018__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [x]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [x]   trial [ ]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [x]   No [ ]   N/A [ ]

Date of sentence: __October 31, 2018__   N/A [ ]

Bail/Jail Disposition: Committed [x]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes   No [x]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | The Trbovich Law Firm |
| Counsel's Address: | 1967 Wehrle Drive |
| | Williamsville, NY 14221 |
| Counsel's Phone: | 716 634-4646 |
| Assistant U.S. Attorney: | Stephanie LaMarque |
| AUSA's Address: | 138 Delaware Avenue |
| | Buffalo, NY 14202 |
| AUSA's Phone: | 716 843-5894 |

_Michael [signature]_
Signature